**Order entered October 15, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-12-00735-CR
No. 05-12-00736-CR

**ZAKIR SHAIKH, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 3**
**Dallas County, Texas**
**Trial Court Cause Nos. F11-00307-J & F11-00479-CR**

## ORDER

On July 3, 2013, we abated these appeals and remanded these cases to the trial court for a determination of the proper amount of restitution in each case. On August 13, 2013 and August 26, 2013, the trial court held hearings in each case and made oral findings as to the proper amount of restitution in each case. The court reporter has filed a record of these hearings, but the trial court has not entered written orders as to the proper amount of restitution in each case.

On September 5, 2013, we reinstated these appeals and ordered the trial court to file within thirty days a supplemental record containing the new restitution orders. As of the date of this order, the trial court has failed to do so.

We **ORDER** the Honorable Gracie Lewis, presiding judge of Criminal District Court Number 3, to file **WITHIN SEVEN DAYS** of the date of this order a written order in each case setting the proper amount of restitution. We **DIRECT** the Clerk to transmit a copy of this order by electronic transmission to the Honorable Gracie Lewis, to LaMonica Littles, the court coordinator for Criminal District Court Number 3, and to counsel for all parties.

/s/    ROBERT M. FILLMORE
             JUSTICE